Wayne Shaffer (SBN 1419)
LAXALT & NOMURA, LTD
9600 Gateway Drive
Reno, NV 89521
wshaffer@laxalt-nomura.com
775-322-1170

Kyle Wallor, NE Bar No. 21346
*Admitted Pro Hac Vice  7/20/15*
LAMSON, DUGAN & MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE 68114
kwallor@ldmlaw.com
402-397-7300

Attorneys for Plaintiff
UNION PACIFIC RAILROAD COMPANY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
NORTHERN DIVISION

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, ) | CASE NO. 3:15-cv-00355 RCJ-VPC |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION FOR ENTRY OF |
| v. ) | JUDGMENT |
| ) | |
| BANGO REFINING NV, LLC, ) | |
| ) | |
| Defendant. ) | |

The parties, by and through their attorneys of record or authorized representative, on this ____ day of November 2015, hereby stipulate to the Court entering judgment in favor of the Plaintiff, Union Pacific Railroad Company, and against the Defendant, Bango Refining, NV, LLC, in the principal amount of FOUR HUNDRED ONE THOUSAND NINE HUNDRED THIRTY-EIGHT AND 0/100 DOLLARS ($401,938.00). In support of this stipulation, the parties advise the court as follows:

1.    In lieu of litigation, the Defendant agrees to the entry of a judgment in favor of the Plaintiff in the sum of FOUR HUNDRED ONE THOUSAND NINE HUNDRED THIRTY-EIGHT AND 0/100 DOLLARS ($401,938.00). The specific charges making up the sum for the judgment are itemized in the attached Ex. A; and

3.    The Plaintiff has agreed to forebear collection for a period of SIXTY (60) days following entry of an order approving this Stipulation for Entry of Judgment.

WHEREFORE, the parties respectfully request the Court enter a judgment in favor of Union Pacific in the total amount of FOUR HUNDRED ONE THOUSAND NINE HUNDRED THIRTY-EIGHT AND 0/100 DOLLARS ($401,938.00).

DATED this 6th day of November 2015.

UNION PACIFIC RAILROAD COMPANY, Plaintiff

By: _____
Kyle Wallor, NE Bar #21346
Admitted Pro Hac Vice
LAMSON, DUGAN and MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE 68114-3743
(402) 397-7300
kwallor@ldmlaw.com


BANGO REFINING, LV, LLC,, Defendant

By: _____
Richard A. Silverberg, President

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
NORTHERN DIVISION

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, | CASE NO. 3:15-cv-00355 RCJ-VPC |
| Plaintiff, | |
| | ORDER |
| v. | |
| BANGO REFINING NV, LLC., | |
| Defendant. | |

THIS MATTER comes before the Court on this ___ day of December 2015. The parties have informed the Court that they have reached a Settlement Agreement. Pursuant to that Settlement Agreement, the parties have agreed that a Judgment in favor of the Plaintiff, Union Pacific Railroad Company and against the Defendant, Bango Refining, LV, LLC, should be entered in the total amount of $401,938.00. The parties have further agreed any collection on the judgment shall be stayed for a period of sixty (60) days.

Pursuant to the agreement of the parties, the Court hereby enters judgment in the amount of $401,938.00 in favor of Union Pacific and against Bango Refining, LV, LLC. The Court further orders that any collection on the judgment is stayed for 60 days.

DATED this 29th day of January, 2016.

BY THE COURT:

_____